IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

THIRD DISTRICT

MAY 19, 2014

| | |
|---|---|
| CARL FIORENTINO,<br>Appellant(s)/Petitioner(s),<br>vs.<br>SYSTEMAX, INC., et al.,<br>Appellee(s)/Respondent(s), | CASE NO.:   3D**14-1014**<br><br>L.T. NO.:    12-519 |

Following review of the corrected petition for expedited writ of certiorari and the response and notice of filing thereto, it is ordered that said petition is hereby denied.  The temporary stay entered by this Court on May 7, 2014 is hereby lifted.

WELLS, LAGOA and LOGUE, JJ., concur.



cc:  Robert L. Gardana          Ryan Roman                  Patricia E. Kahn
     Daniel S. Gelber           Robert I. Barrar, Jr.       Silvia B. Pinera-Vazquez
     Michael R. Band            Katherine R. Maxwell        Damon T. Hartley
     Hon. John W. Thornton      Yoendi Perez-Cruz

ns