UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 14-20025-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CARL FIORENTINO,
    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Written Objections to Magistrate Court's Omnibus Order Entered on May 9, 2014 and Emergency Request for Temporary Stay of Compliance with Order (D.E. No. 53). Magistrate Judge Barry L. Garber entered an Omnibus Order (D.E. No. 52) granting Non-Parties Systemax Inc. and TigerDirect, Inc.'s Motion for Limited Intervention to Respond in Opposition to Defendant's Motion for Protective Order (D.E. No. 38) and denying Defendant's Motion for Protective Order (D.E. No. 35). After careful consideration of Magistrate Judge Garber's Omnibus Order and Defendant's Objections, the Court finds Magistrate Judge Garber's ruling was not contrary to law or clearly erroneous. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

1. Magistrate Judge Garber's Omnibus Order (D.E. No. 52) is **AFFIRMED**.

2. Defendant's Emergency Request for Temporary Stay of Compliance with Order (D.E. No. 53) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of May, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record