UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20025-CR-MARTINEZ

UNITED STATES OF AMERICA,

v.

CARL FIORENTINO,

    Defendant.
_____/

CASE NO. 14-20854-CR-MARTINEZ

UNITED STATES OF AMERICA,

v.

GILBERT FIORENTINO,

    Defendant.
_____/

## FINAL ORDER OF RESTITUTION ATTRIBUTABLE TO BOTH DEFENDANTS

This matter is before the Court regarding final restitution issues to be determined as to defendants Carl Fiorentino, in Case No. 14-20025 and Gilbert Fiorentino, Case No. 14-200854. The Court referred certain restitution matters in these cases to United States Magistrate Judge Chris McAliley. Judge McAliley issued a Report and Recommendation as to both cases on January 13, 2016. Thereafter, the Court held a restitution hearing on March 1, 2016. At that hearing, the government submitted a Restitution Calculation Chart, that summarized various categories of restitution and that was the subject of the hearing.

Having fully considered the record in this case and the arguments of the parties, in Case No. 14-20025 and Case No. 14-200854, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of Judge McAliley dated January 13, 2016 is adopted in its entirety.

2. Carl Fiorentino shall individually pay restitution to Systemax, Inc., in the amount of **$2,160,249.91**.

3. Carl Fiorentino and Gilbert Fiorentino shall jointly and severally pay restitution to Systemax, Inc., in the amount of: **$35,867,883**.

**DONE** and **ORDERED** at Chambers in Miami, Florida this ___1___ day of March, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Chris McAliley
Counsel of Record